COCKROFT et al. v. COCKROFT et al. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by James D. Cockroft and others against John V. Cockroft and others, impleaded with Georgia G. Cockroft. F. Pierce, for appellants. J. Fettretch, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

COHEN v. KATZ. (Supreme Court, Appellate Division, First Department. June 23, 1911.) · Cross-Appeals from Special Term. Action by Simeon Cohen, an infant, etc., against Rose Katz (otherwise called Rose Cohen). Cross-appeals from order of Special Term. Modified and affirmed. See, also, 140 App. Div. 910, 936, 126 N. Y. Supp. 1125. A. Nelson, for plaintiff. E. L. Amdur, for defendant. PER CURIAM. The order should be modified, by reducing the allowance for counsel fee to $100, and by granting an allowance of $150 for the payment of expert witnesses. As so modified, order affirmed, without costs.

COHNFELD v. CARREAU et al. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Mary A. Cohnfeld against Cyrille Carreau and others. With this case have been consolidated in this court cases bearing titles as follows: Mary A. Cohnfeld v. John Muller et al.; Same v. David J. Isaacs et al.; Same v. Morris Lazarus et al.; Same v. Seth M. Milliken et al. (action No. 1); Same v. Same (action No. 2); Same v. Gistav Stillgebauer et al.; Same v. Ralph Garfield et al. No opinions. Motions to dismiss appeals granted, with $10 costs, unless appellant comply with terms stated in orders. Orders filed.

COLLINS, Respondent, v. FT. ORANGE CONST. CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 28, 1911.) Action by Edward Collins against the Ft. Orange Construction Company and others. No opinion. Judgment unanimously affirmed, with costs.

CONNELL, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1911.) Action by Katherine Connell, as administratrix, etc., of Michael Connell, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Motion for reargument denied, with $10 costs. For former opinion, see 129 N. Y. Supp. 666.

CONSIDINE v. HUDSON TRUST CO. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by George F. Considine against the Hudson Trust Company. No opinion. Motion granted. Settle order on notice.

CONSTRUCTION MATERIAL & COAL CO., Respondent, v. PARSHELSKY et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 29, 1911.) Action by the Construction Material & Coal Company against Isaac Parshelsky and another. No opinion. Judgment and order affirmed, with costs.

CONTI et al. v. PEOPLE'S SURETY CO. OF NEW YORK. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by Guiseppe Conti and others against the People's Surety Company of New York. No opinion. Motion granted, unless appellant comply with terms stated in order. Order filed.

CONTINENTAL SECURITIES CO. et al., Respondents, v. BELMONT et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by the Continental Securities Company and Clarence H. Venner, stockholders in the Interborough Rapid Transit Company, etc., against August Belmont and others. No opinion. Order (72 Misc. Rep. 94, 129 N. Y. Supp. 777) affirmed, with $10 costs and disbursements. See, also, 130 N. Y. Supp. 792.

COONAN, Respondent, v. HAMBURG–AMERICAN PACKET CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1911.) Action by William H. Coonan against the Hamburg-American Packet Company. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, on the authority of Pagnillo v. Mack Paving & Const. Co., 142 App. Div. 491, 127 N. Y. Supp. 72.

COOPER REALTY CO., Respondent, v. BENOIT, Appellant, et al. (Supreme Court, Appellate Division, First Department. June 16, 1911.) Action by the Cooper Realty Company against Henry Benoit, impleaded with others. L. B. Boudin, for appellant. A. Pfeiffer, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

In re COTHREN. (Supreme Court, Appellate Division, First Department. July 7, 1911.) In the matter of Frank H. Cothren. No opinion. Referee's report confirmed. See, also, 137 App. Div. 949, 122 N. Y. Supp. 1125.

In re COUTANT. (Supreme Court, Appellate Division, First Department. June 23, 1911.) In the matter of Charles A. Coutant, deceased. C. E. Travis, for appellant. H. A. Forster, for respondent. No opinion. Decree and order affirmed, with costs. Order filed.

C. S. GOSS & CO., Appellants, v. GOSS, Respondent. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by C. S. Goss & Co. against Clayton S. Goss. J. M. Mayer, for appellants. F. H. Platt, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 126 App. Div. 748, 111 N. Y. Supp. 115; 129 App. Div. 904, 113 N. Y. Supp. 1130.